# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133841(21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                 SC: 133841
COA: 275786
Macomb CC: 2005-004843-FC

ROUMMEL JEROME INGRAM,
     Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

d1022